IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL L. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv074-MEF |
| ) | (WO) |
| GREG WHITE, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 27, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's complaint against Defendant Dean is DISMISSED without prejudice and that Defendant Dean is DISMISSED as a party to this complaint.

Done this the 21st day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE