IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARL L. WALKER,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CIVIL ACTION NO. 2:04cv74-MEF
                                         )                    (WO)
GREG WHITE, et al.,                      )
                                         )
        Defendants.                      )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on May 17, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED

without prejudice for plaintiff's failures to prosecute this action and to comply with the

orders of this court.

Done this the 12th day of June, 2006.


                        _____
                              /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE